IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GABRIEL ROSS** | § | **PETITIONER** |
| | § | |
| v. | § | **CIVIL NO. 1:13cv70-HSO-RHW** |
| | § | |
| **SUPERINTENDENT RON KING** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter is before the Court upon the Report and Recommendations of United States Magistrate Judge Robert H. Walker entered on October 2, 2013 [12]. The Court, having adopted said Report and Recommendations as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Petition for Habeas Corpus [1] filed pursuant to 28 U.S.C. § 2254 is **DENIED** and this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 15th day of November, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE